Appeal Numbers. 04-14-00370
04-14-00372

Andres Ramon Juarez.
Appellant

VS.

THE STATE OF TEXAS
appellee

FILED
IN THE COURT OF APPEALS
SAN ANTONIO, TE...
2015 JAN 14 PM 2:24

## MOTION FOR EXTENSION OF TIME TO FILE PRO-SE RESPONSE TO ANDERS BRIEF.

TO THE HONORABLE FOURTH COURT OF APPEALS:

Comes now, Andres Ramon Juarez, Appellant in the above styled and Numbered cause on appeal and files this Motion For Extension Of Time to File Pro-SE Brief Response to ANDERS BRIEF and in Support of said Motion would show the Appellate Court the following:

### I.

Appellant respectfully requests a 60 day extension of time to file a PRO-SE brief response to Appellate counsels Anders Brief. At this time he is without Counsel and is his first time reviewing trial records from the Court Reporter to prepare an adequate PRO-SE Brief.

### II.

The law library is also limited to 1 hour on mondays, once a week, which doesnt allow him enough time to study or access to the courts. The deadline to file PRO-SE Brief is no later than January 23, 2015.

### III.

Appellant feels that an extension of time for 60 days to the 23rd day of March, 2015 should be sufficient time to allow preparation of PRO-SE Brief response to Appellate Counsels Anders Brief.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the court GRANT His Motion for extension of time to file Pro-Se Response to Anders Brief.

Respectfully Submitted,

_Arturo R. Juarez A.J._
PRO-SE APPELLANT

<u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on this the 12th day of January, 2015, a true and correct copy of the above and foregoing Motion for extension of time to file Pro-Se response to Anders Brief was transmitted to FOURTH COURT OF APPEALS DISTRICT, CADENA-REEVES JUSTICE CENTER 300 DOLOROSA, SUITE 3200 San Antonio, Texas 78205.

_Arturo R. Juarez A.J._
PRO-SE APPELLANT

CC: FOURTH COURT OF APPEALS FILE.

# UNSWORN DECLARATION BY INMATE

I, _ANDRES RAMON JUAREZ_ , SID _995152_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the 12th day of _JANUARY_ , 2015.

_____
Defendant

Andres R. Juarez #995152
200 N. Comal CH. 16
San Antonio, Tx 78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 14 PM 2:24

Keith E. Hottle

KEITH E. HOTTLE, CLERK

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
12 JAN 2015 PM 4 L

FOREVER USA

78208303799

FOURTH COURT OF APPEALS
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA SUITE 3200
San Antonio, Texas 78205

Legal Mail Correspondence.